# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN BEMBO,
a/k/a KEVIN BEMBOE,

    Petitioner,

v.                              CASE NO. 3:15cv194/MCR/EMT

JULIE JONES,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 28, 2016.  ECF No. 23.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 20) is **GRANTED** and Petitioner's motion to amend (ECF No. 24) is **DENIED**.

3. The habeas petition (ECF No. 1) is **DISMISSED** with prejudice as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**